AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Richard V. Foster,

                 Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

AAA Northern California Nevada & Utah Insurance Exchange,

Case Number: 2:13-cv-01071-MMD-CWH

                 Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Defendant accepted Plaintiff Richard V. Foster's Offer of Judgment in the amount of $100,000.00.

| | |
|---|---|
| July 17, 2013 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Erin Smith |
| | (By) Deputy Clerk |