**SAO**
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JOHN W. KIRK, ESQ.**
Nevada Bar No. 4654
**RANALLI & ZANIEL, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
Attorney for Defendant,
AAA NORTHERN CALIFORNIA,
NEVADA, & UTAH INSURANCE EXCHANGE

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| RICHARD V. FOSTER, | ) |
| Plaintiff, | ) CASE NO. 2:13-cv-01071-MMD-CWH |
| vs. | ) |
| AAA NORTHERN CALIFORNIA NEVADA & UTAH INSURANCE EXCHANGE; DOES 1 through 5, and ROE CORPORATIONS 1 through 5, inclusive, | ) |
| Defendants. | ) |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, RICHARD V. FOSTER, and Defendant, AAA NORTHERN CALIFORNIA NEVADA & UTAH INSURANCE EXCHANGE, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

1  A trial date is not currently set in this matter.

2  ~~July~~ Aug 2, 2013                                    ~~July~~ August 6, 2013.

3  BENSON & BINGHAM                               RANALLI & ZANIEL, LLC

4
    _____                    _____
5
   JOSEPH L. BENSON, ESQ.                        GEORGE M. RANALLI, ESQ.
6  Nevada Bar No. 7276                           Nevada Bar No.: 5748
   11441 Allerton Park Dr.                       **JASON ANDREW FOWLER, ESQ.**
7  Suite 100                                     Nevada Bar No. 8071
   Las Vegas, Nevada 89135                       2400 W. Horizon Ridge Parkway
8  *Attorney for Plaintiff*                      Henderson, Nevada 89052
                                                 Attorney for Defendants

2

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of the Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice; each party to bear their own fees and costs.

A trial date is not currently set.

Dated: __19th__ of August, 2013.

_____
DISTRICT COURT JUDGE

Respectfully Submitted By:

**RANALLI & ZANIEL, LLC**

_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No.: 5748
**JOHN W. KIRK, ESQ.**
Nevada Bar No. 4654
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Attorneys for Defendant

3