SAO
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JOHN W. KIRK, ESQ.**
Nevada Bar No. 4654
**RANALLI & ZANIEL, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
Attorney for Defendant,
AAA NORTHERN CALIFORNIA,
NEVADA, & UTAH INSURANCE EXCHANGE

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| RICHARD V. FOSTER, | ) |
| | ) CASE NO. 2:13-cv-01071-MMD-CWH |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| AAA NORTHERN CALIFORNIA NEVADA & | ) |
| UTAH INSURANCE EXCHANGE; DOES 1 | ) |
| through 5, and ROE CORPORATIONS 1 | ) |
| through 5, inclusive, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, RICHARD V. FOSTER, and Defendant, AAA NORTHERN CALIFORNIA NEVADA & UTAH INSURANCE EXCHANGE, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

1

1   A trial date is not currently set in this matter.

2   ~~July~~ Aug 2, 2013       ~~July~~ August 6, 2013.

3   **BENSON & BINGHAM**              **RANALLI & ZANIEL, LLC**

_____     _____
JOSEPH L. BENSON, ESQ.        GEORGE M. RANALLI, ESQ.
Nevada Bar No. 7276           Nevada Bar No.: 5748
11441 Allerton Park Dr.       **JASON ANDREW FOWLER, ESQ.**
Suite 100                     Nevada Bar No. 8071
Las Vegas, Nevada 89135       2400 W. Horizon Ridge Parkway
*Attorney for Plaintiff*      Henderson, Nevada 89052
                              Attorney for Defendants

ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of the Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice; each party to bear their own fees and costs.

A trial date is not currently set.

Dated: 19th of August, 2013.

_____
DISTRICT COURT JUDGE

Respectfully Submitted By:

**RANALLI & ZANIEL, LLC**

**GEORGE M. RANALLI, ESQ.**
Nevada Bar No.: 5748
**JOHN W. KIRK, ESQ.**
Nevada Bar No. 4654
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Attorneys for Defendant

3